# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD C. ANGINO, ALICE K. ANGINO, and KING DRIVE CORP.,** : **Plaintiffs** : : **v.** : : **J. THOMAS VAN WAGNER, JEFFREY SMITH, RICHARD PEFFER, MARY JANE DAVIS, SERRELL ULRICH, Individually and as Supervisors of Middle Paxton Township; MIDDLE PAXTON TOWNSHIP,** : **Defendants** : | **CIVIL ACTION NO. 1:05-CV-1748** |

## ORDER OF RECUSAL

AND NOW, this 22nd day of September, 2005, **IT IS HEREBY ORDERED THAT** the undersigned judge is recused from the captioned action.

The Clerk of Court shall reassign the case to another judge.

                                                    S/ Christopher C. Conner
                                                    CHRISTOPHER C. CONNER
                                                    United States District Judge